In the Matter of the Application of GERSETA CORPORA-
TION, Appellant, for a Peremptory Writ of Mandamus
against THE SILK ASSOCIATION OF AMERICA,
Respondent.

*Appeal — order of Appellate Division reversing order granting motion
for peremptory writ of mandamus and denying said motion — appeal
therefrom dismissed.*

*Matter of Gerseta Corpn.* v. *Silk Assn. of America,* 200 App. Div. 890,
appeal dismissed.

(Argued March 2, 1922; decided March 21, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 16, 1922, which reversed an order of Special
Term granting a motion for a peremptory writ of
mandamus and denied said motion.

*Emil Weitzner* and *David Steckler* for appellant.

*Walter Gordon Merritt* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.